IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MID AMERICA APARTMENT
COMMUNITIES AAF POST
RIVERSIDE,
  Plaintiff,

  v.

SUSAN DOUGLAS,

  Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-4433-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Fulton County. The pro se Defendant's Objections do not properly address the Court's lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 30 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge